IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMANTHARAY M. LAKE,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,<br><br>      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-00647-JNP-BCW<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |

  *Pro se* Plaintiff Samantharay M. Lake, with the assistance of a non-attorney "personal representative" brought this action seeking judicial review of the Commissioner's denial of her claim for disability insurance benefits and supplemental security income under the Social Security Act.  The court referred this matter to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Wells set a briefing schedule requiring Ms. Lake's opening brief to be filed by September 12, 2016, an answer brief to be filed by the Commissioner by October 12, 2016, and Ms. Lake's reply brief to be filed by October 26, 2016. (Dkt. 14). Ms. Lake filed her opening brief on August 31, 2016. (Dkt. 15). The Defendant's answer brief was filed on October 12, 2016. (Dkt. 20). Ms. Lake did not file a reply brief.

  On November 4, 2016, Judge Wells filed a Report and Recommendation (Dkt. 21) recommending that the Commissioner's decision in this case be affirmed. Judge Wells's Report and Recommendation provided that any objection to her recommendation was to be filed with

the court within fourteen days of service. The time to object has now expired and the court has received no objections to the Report and Recommendation.

Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Wells's Report and Recommendation, the court concludes that the Report and Recommendation is a correct application of the law and the facts. Accordingly, the court ORDERS as follows:

1. The Report and Recommendation (Dkt. 21) is ADOPTED IN FULL.
2. The Commissioner's decision in this case is AFFIRMED.
3. The Clerk of Court is directed to close the case.

SO ORDERED this 29th day of November, 2016.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge